IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **DEVONTAI NATHANIEL TAYLOR,** | : | |
| **Plaintiff,** | : : : | |
| VS. | : : | NO. 3:23-cv-100-CDL-CHW |
| **Lieutenant BARNES; BLAKE ROWE,** | : : : | |
| **Defendants.** | : : | **PROCEEDINGS UNDER 42 U.S.C. § 1983** <u>**BEFORE THE U.S. MAGISTRATE JUDGE**</u> |
| | : : | **ORDER** |

Plaintiff Devontai Nathaniel Taylor, a pretrial detainee in the Morgan County Detention Center in Madison, Georgia, filed a 42 U.S.C. § 1983 complaint. ECF No. 1. He also moved to proceed *in forma pauperis*. ECF No. 2.

The Court has reviewed Plaintiff's motion to proceed *in forma pauperis* and finds it is incomplete. A prisoner or pretrial detainee seeking leave to proceed *in forma pauperis* must submit (1) an affidavit in support of his claim of indigence and (2) "a certified copy of [his] trust fund account statement (or institutional equivalent) . . . for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(1)-(2). Plaintiff has failed to submit a certified copy of his trust fund account statement.

Accordingly, Plaintiff is **ORDERED** to submit a proper motion to proceed without the prepayment of the filing fee, which should include a certified copy of his trust fund account statement. The Clerk is **DIRECTED** to provide Plaintiff with a copy of the appropriate forms for

1

this purpose.

Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this Order to comply. If Plaintiff does not timely and fully comply with this Order, this action will be dismissed. Plaintiff is further **ORDERED** to notify the Court immediately in writing of any change of address. There shall be no service of process in this case until further order of the Court.

So **ORDERED and DIRECTED**, this 6th day of October, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge